UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-34-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| AHKEEM DONTE PRATT | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry 107 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and Counsel for the Defendant.

This the 1st day of March, 2016.

*James C. Fox*

SENIOR JUDGE JAMES C. FOX
United States District Judge