

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700   Peter A. Moore, Jr.
Fax (919) 645-1750   Clerk of Court

September 13, 2017

John Stuart Bruce
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC  27601

                Re:  Pratt v. U.S.A.
                    Criminal No. 7:15-CR-34-BO-2
                    Civil No. 7:17-CR-163-BO

Dear Mr. Bruce,

    Pursuant to the Rules Governing § 2255 cases, a copy of the Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody  filed in the above case on  August 10, 2017 has been forwarded to your office by electronic notification.  The respondent is not required to answer the petition unless ordered by the court.

                                      Sincerely,

                                      /s/ Peter A. Moore, Jr.
                                      Clerk

Enclosures\

    lc:      Ahkeem Donte Pratt
            59219-056
            Estill - F.C.I.
            P.O. Box 699
            Estill, SC 29918