IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:15-CR-34-BO-2
No. 7:17-CV-163-BO

| | |
|---|---|
| AHKEEM DONTE PRATT, | ) |
| Petitioner, | ) |
| v. | ) MOTION TO DISMISS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

Respondent, by and through the United States Attorney for the Eastern District of North Carolina, submits this motion to dismiss Petitioner's 28 U.S.C. § 2255 motion for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6). A memorandum of law is filed in support of this motion.

Respectfully submitted, this 14th day of November, 2017.

         ROBERT J. HIGDON, JR.
         United States Attorney

     By: /s/ Donald R. Pender
        DONALD R. PENDER
        Attorney for Respondent
        Assistant United States Attorney
        Appellate Division
        310 New Bern Avenue
        Suite 800 Federal Building
        Raleigh, NC 27601-1461
        Telephone: (919) 856-4897
        Facsimile: (919) 856-4821
        Email: donald.pender@usdoj.gov
        N.C. Bar # 48004

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2017, I served a copy of the foregoing upon the below-listed party by placing a copy in the U.S. Mail, addressed as follows:

    Ahkeem Donte Pratt
    Reg. No. 59219-056
    FCI Estill
    P.O. Box 699
    Estill, SC 29918

    /s/ Donald R. Pender
    DONALD R. PENDER
    Assistant United States Attorney