

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700 Peter A. Moore, Jr.
Fax (919) 645-1750 Clerk of Court

November 14, 2017

Ahkeem Donte Pratt
59219-056
Estill - F.C.I.
P.O. Box 699
Estill, SC 29918

Re: PRATT v. USA
Criminal No. 7:15-CR-34-BO-2

Civil No. 7:17-CR-163-BO

Dear Mr. Pratt,

The respondent has filed a motion to dismiss with regard to the above-captioned action. Local Civil Rule 7.1(f)(1), EDNC provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion. If you fail to respond, the Court may grant the motion and your case will be dismissed.

Rule 5 of the Federal Rules of Civil Procedure requires that copies of anything you file with the Court must be served on all other parties or their counsel if they are represented. Your material in opposition to the motion to dismiss must be filed on or before **December 5, 2017**.

Sincerely,

/s/ Peter A. Moore, Jr.
Clerk

PAM/sp